UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
WASHINGTON, DC.

COMPLAINT FOR DECLARATORY JUDGEMENT
SUIT IN EQUITY

| | |
|---|---|
| JAMES JOHNSON, PLAINTIFF, <br> 2007 MARYLAND AVENUE, NORTH EAST #102 <br> WASHINGTON, D.C. 20002 | COMPLAINT FOR SUIT IN EQUITY <br> MONETARY DAMAGES SOUGHT <br> [pursuant to Title 42, U,S.C. Section <br> 1983; 1985 and Title 18, U.S.C. Section <br> 242.241; |
| VS. | CIVIL ACTION NO._____ <br> MONETARY DAMAGES SOUGHT; <br> $75,000.000.00 |
| DEFENDANTS ; | |

Case: 1:23-cv-00558
Assigned To : Unassigned
Assign. Date : 3/1/2023
Description: Pro Se Gen. Civ. (F-DECK)

DISTRICT OF COLUMBIA GOVERNMENT, ET AL ELA;

HONORABLE MURIEL BOWSER, ESQ.
MAYOR FOR THE DISTRICT OF COLUMBIA
1350 PENNSYLVANIA AVENUE, NORTH WEST
EXECUTTIVE OFFICE OF THE MAYOR
WASHINGTON, D.C. 20001

DISTRICT OF COLUMBIA POLICE TRAINING DEPARTMENT
1350 PENNSYLVANIA AVENUE, NORTH WEST
EXECUTIVE OFFICE OF THE MAYOR
WASHINGTON, D.C.   20001

OFFICER TRUMBLE, J.
DEPARTMENT #15
PARKING ENFORCEMENT AGENCY
[ AND ANY AND ALL OTHER OFFICERS SIMILARY SITUATED ]

DEFENDANTS, ET AL.

RECEIVED

MAR - 1 2023

Clerk, U.S District & Bankruptcy
Courts for the District of Columbia

TABLE OF CONTENTS

PLAINTIFF[S]............................................................................................................ PAGE 1

DEFENDANTS......................................................................................................... PAGE 1

REASON FOR COMPLAINT/TITLE............................................................................ PAGE 2

LAW[S]/REGULATIONS, ETC. SUPPORTING COMPLAINT........................................ PAGE 3

COMPLAINT............................................................................................................ PAGE 4

ARGUMENT............................................................................................................ PAGE 5

CONCLUSION[S]..................................................................................................... PAGE 6

PLAINTIFF

JAMES JOHNSON , IS THE PLAINTIFF HEREIN SETFORTH AND PRAYED FOR JUDGEMENT AND CONCLUSIONS OF LAW , REGULATIONS AND JUSTICE.

JAMES JOHNSON IS AN SEVENTY-FOUR YEAR OLE AMERICAN , RESIDING AT 2007 MARLY LAND AVENUE , NORTH EAST, WASHINGTON ,D.C. 20002.

JAMES JOHNSON , IS MEDICALLY EXAMINED , TREATED AND CARED FOR AS AN ELDERLY MEDICALLY , CHRONICICALLY ILLED, AND DISABLED RESIDENT, HOUSED IN THE APARTMENT DWELLINGS KNOWN AS THE CARVER TERRACE APARTMENTS LOCATED , IN THE NORTH EAST CORRIDOR OFF MARYLAND AVENUE , WASHINGTON , D.C. , SINCE ON OR ABOUT AUGUST, 2008 .

DEFENDANT[S]

THE DISTRICT OF COLUMBIA GOVERNMENT IS THE CAPITOL OF THE UNITED STATES LOCATED WITHIN THE EASTERN AREA OF THE UNITED STATES OF AMERICA; ET AL ELA.

THE CAPITOL OF THE UNITED STATES , HEREIN KNOWN AS THE DISTRICT OF COLUMBIA, IS ALSO KNOWN AND SITUATED AND OPERATED IN WASHINGTON , D.C. ;ET AL ELA.

THE DISTRICT OF COLUMBIA, LOCATED IN WASHINGTON , D.C. HAS AN ELECTED MAYOR, CURRENTLY KNOWN AND ELECTED, THE HONORABLE MURIEL BOWSER, AND HEREIN CITED AS THE PRIMARY DEFENDANT BECAUSE OF THE TITLE ROLE OF THE GOVERNING AGENCIES AND OR MANAGEMENTS THEREOF AND OR THEREFROM. SAID MAYOR HAS THE CONTROL AND AUTHORITY TO DIRECT THE TRAINING AND TREATMENTS OF ANY AND ALL AGENEIES , PERSONNELL, AND MACHINERY , AND OPERATIONS LOCATED AND OR OPERATED WITHIN THE CONFINES AND OR LOCALITIES OF AND OR WITHIN THE DISTRICT OF COLUMBIA; ET AL ELA.

THE DISTRICT OF COLUMBIA, LOCATED WITHIN THE REALMS OF WASHINGTON ,D.C. IN UNDER THE SAFETY AND SECURITIES OF AN POLICE DEPARTMENT AND IT'S MANY CHIEFS AND HAS AN DEPLOY OF HUNDREDS OF POLICE OFFICERS, MACHINERIES, AND SAFETY DEVICES AIMED AT THE SAFETIES AND SECURMENTS OF ALL PERSONS SITUATED THEREIN; ET AL ELA;

THE METROPOLITAN POLICE DEPARTMENT, AS THE WASHINGTON ,D.C. POLICE DEPARTMENT ARE SOMETIMES KNOWN AS AND CALLED, HAS THE DIRECT RESPONSIBILITIES TO HIRE, TRAIN , TREAT AND OPERATED ALL KNOWN LEGALLY HIRED AGENICES, PERSONS, MACHINERIES , ETC. UNDER IT'S DIRECT CONTROL AND MANAGEMENTS. IT HAS NO DIRECT AUTHORITY FROM THE UNITED STATES CONGRESS TO USURP THE DUTIES, AUTORITIES, NOR RESPONSIBILITIES OF THE METRO TRANSIT POLICE DEPARTMENT. ET AL ELA;

OFFICER TRUMBLE, J. , BADGE NUMBER #00122 , SITUATED IN AND AT OPERATIONS OF AND FROM DEPARTMENT #15 , AN SUB AGENCY THEREOF AND FROM THE DISTRICT OF COLUMBIA, IS NAMED AS AN PRINCIPAL DEFENDANT IN THE INSTANT COMPLAINT OF GRIEVENCE BECAUSE OF HIS ROLE IN PARTICIPATING , WILLINGLY , TO VIOLATE THE CONSTITUTIONAL RIGHTS OF THE PLAINTIFF CITED HEREIN , AND OTHERS, AT WHOM MAY ENTER INTO THIS COMPLAINT AT LATER TIMES, DUE TO THE WILLFUL AND WITH MALICE , INTENTIONS OF CITIZENS OF THE CARVER TERRACE APARTMENTS, WITHOUT DIRECT AUTHORIES , AT ANY TIMES, FROM THE PRIVATELY OWNED AND OPERATE METRO TRANSIT AUTHORITY.ET AL ELA;

THE PARKING ENFORCEMENT IS AN AGENCY UNDER THE OPERATIONAL AUTHORITY OF THE DISTRICT OF COLUMBIA AND DULY SANCTIONED BY THE AUTHORITY OF THE MAYOR AND THE DISTRICT OF COLUMBIA, IS NAMED AS AN DEFENDANT IN THE INSTANT COMPLAINT , WHOM ARE CITED AS UPSURPING THE AUTHORITY SOLY GIVEN TO THE DISTRICT OF COLUMBIA METROPOLITAN POLICE DEPARTMENT AND OR THE MERTRO TRANSIT POLICE DEPARTMENT.ET AL ELA; .

REASON[S] FOR THE COMPLAINT IN EQUITY

[ DECLARATORY JUDGMENT }

MONETARY DAMAGES SOUGHT HEREIN

THIS COMPLAINT IS BEING FILED AND INITIATED BY AN CITIZEN OF THESE UNTED STATES OF AMERICA, JAMES JOHNSON , A DISABLED SENIOR CITIZEN , DULY AUTHORIZED THE ISSUANCE OF AN MEDICALLY CERTIFIED AND AUTHORIZED UNITED STATES MEDICAL HANDICAPPED PLACARD.

THE UNITED STATES MEDICALLY ISSUED HANDICAPPED PLACARD SERVES TO OPERATE , ENJOY, AND CERTIFY THE PERSON[S] UNDER SUCH A DEPENDENCY MUST BE DULY RECOGNIZED AS AN EMERGENCY VEHICLE CARRYING AND OR DISCHARGING ANY SUCH PERSON[S] BEING MEDICALLY RECOGNIZED AS AN HANDICAP VEHICLE AND ARE DULY ISSUED THIS PLACARD TO VERIFY IT'S EXCEPTION TO THE RULE OF VEHICULAR MOVEMENTS AND TRAVEL AND PARKING RESTRICTIONS.

BECAUSE THE ABOVE NAMED DEFENDANTS HAS FAILED AND OR REFUSED TO RECOGNIZE THIS CONGRSSIONAL AUTHORITY, IT MUST BE REALIZED THAT FOR LACK OF PROPER TRAINGS AND OR INSTRUCTIONS, THE ABOVE NAMED DEFENDANTS, AND OR POSSIBLY OTHER UNNAMED , THAT THESE CITIZENS CONSTITUTIONAL RIGHTS ARE CONSTANTLY BEING IGNORED AND OR VIOLATATE, AND MUST BE IMMEDIATELY CURTAILED AND OR ORDERED TO DO SO.

THE UNITE STATES CONGRESS , HAS EXPLICIT AUTHORITY TO REGULATE, ISSUE ORDINANCES, REGULATIONS AND OR FEDERALLY MANDATE LAWS GOVERNING THE LEGAL AND LAWFUL RULE OF THESE UNITED STATES OF AMERICA.

FROM THE UNITED STATES 94TH CONGRESS;

PUBLIC LAW 94-579    MANDATE 9-1107.01

IN THE YEAR 1976, JUNE 4-7, THE UNITED STATES CONGRESS ULY AND LEGAL GAVE EXPLICIT AUTHORITY TO THE METROPOLINTRANSIT AUTHORITY TO DEVELOP, AND FACILITATE, AND TO OPERATE ITS' OWN PRIVATELY FACILITATED POLICE DEPARTMENT , HEREIN CITED AS [ MTDP ]. THIS AUTHORITY CERTIFIES THE AUTHORITY EXPLICITLY TO REGULATE, OPERATE , INVESTIGATE AND ARREST AND ISSUE APPROPRIATE ORDINANCES TOF OPERATIONS AND CRIMINAL ACTIONS AGINST OR UPON ANY AND ALL PROPERTIES OWNED AND OPERATED BY AND UNDER THE MERTO TRANSIT AUTHORITY.

ANY AND ALL METRO TRANSIT PROPERTIES HAS UPON IT'S AUTHHORIES , ARE BUS STATIONS, BUS STOPS , BUS STANDS, AND CONGRESSIONALLY AUTHORIZED 90 FEET FOR THEIR BUSES TO PICK UP AND OR DISCHARGE IT'S PASSENGERS.

THIESE AUTORIZATIONS WERE NOT CONGRESSIONALLY AUTHORIZED TO AND FOR THE DISTRICT OF COLUMBIA POLICE DEPARTMENT OR ANY OTHER AGENCY THEREFROM , INCLUSIVE OF THE PARKING ENFORCEMENT AGENCY SITUATED WITHIN THE DISTRICT OF COLUMBIA.

THE METROPOLITAN TRANSIT AUTHORITY IS AN TRI-STATES PRIVELY OWNED PREVIOUSLY OWNED AND OPERATED UNDER THE PRIVATELY OWNER KNOWN HEREIN AS MISTER O'ROY CHALK.

THE PARKING ENFORCEMENT AGENCY HAS NO AUTHORITY TO USURP THE AUTHORIY OF THE CONGRESSIONALLY MANDATE POLICE DEPARTMENT OF THE DISTRICT OF COLUMBIA.

THE DISTRICT OF COLUMBIA POLICE DEPARTMENT HAS NO AUTHORIY TO USURP THE AUTHORITY OF THE MTDP.

COMPLAINT

THE UNDERSIGNED PLAINTIFF, IS AN SENIOR CITIZEN OF THESE UNITED STATES OF AMERICA, MEDICALLY DECLARED AS HANIDICAPPED AND UNABLED TO PERFORM CERTAIN PERFUNCTIONARY DEEDS , NORMALLY OPERATIONAL BY MORE FORTUNATE AMERICANS AND SENIORS.

THIS WRITER HAS RESIDED AT THE ABOVE MENTIONED ADDRESS IN THE DISTRICT OF COLUMBIA SINCE ON OR ABOUT YEAR 2008, IN GOOD STANDINGS. VOLUNTEERING FOR SUCH SELF HELP GROUPS AS THE PEACE O;HOLIC'S,,, CUMMUNITY ACTION GROUP , ,, AND OTHER NIEGHBORHOOD SEWLF HELP GROUGS AIMING TO KEEP THE PEACE AND LOWER GUN VIOLENCE IN THE DISTRICT OF COLUMBIA.

THIS WRITER HAS RECEIVED , ON NUMEROUS OCCASSIONS, CERTAIN PARKING AND MOVING VIOLATIONS CITATION SINCE RESIDING IN THIS PRIMARYLY BLACK DOMINATED NIEGHBORHOOD AND HAS CONTESTED , TO MUCH AVAIL, EACH OF THEM.

IRREGARDLESS OF THE COUNTLESS CITATIONS RECEIVED , OTHERS IN THIS SELF SAME NIEGHBORHOOD , MOST ARE ALSO SENIOR CITIZENS , AND OTHERS BEING PRIMARLY BLACK RESIDENTS, CONTINUALLY RECEIVED THESE CITATIONS EVENTHOUGH AND WITH DISPLAYED HANDICAPPED DECALS , HANDICAPPED TAGS , AND OR HANDICAPPED PLACARDS, IN THE WINDSHIELDS OF THEIR VEHICLES , UPON THE TAG PLACE UPON THEIR VEHICLES , ETC., NON THE LESS, CERTAIN METROPOLITAN POLICE MENBERS AND OR PARKING ENFORCEMENT MEMBERS, CONSTANTLY ISSUE THESE CITATIONS.

BECAUSE MANY OF THESE RESIDENTS, INCLUSIVE OF THIS WRITER, DUE TO PHYSICAL MEDICAL MOBILITIES , CANNOT WALK FOR LONGER DISTANCES AND PARK WHERE EVER CONVIENENCE ALLOWS. THIS AT TIMES , HAS RESULTEDIN CERTAIN BUS ZONES , AND THEREFORE ARE ISSUED CITATIONS, EVEN WITH THE DISPLAYED MEDICAL HANDICAPPED VISUALS. MANY , IF NOT ALL , OF THE AFOREMENTIONED CITATIONS ARE USUALLY DISMISSED AFTER D.C. DEPARTMENT OF MOTOR VEHICLES HEARINGS, HOWEVER STILL, MANY OF THESE SENIOR CITIZENS AND MEDICALLY HANDICAPPED SENIORS , ARE POVERTY STRICKENED PEOPLE RECEIVING MERE SOCIAL SECURITY AND OR SOCIAL BENEFITS AND ARE LIVING AND SURVIVING MONTH TO MONTH , THUS THE FINANCIAL BURDEN BECAUSE PROBLEMENTIC, FOR NO APPARENT REAL REASONINGS.

ARGUMENT

THE METROPOLITANT TRANSIT AUTHORITY IS AN TRI STATE ORGANIZATION , OWNED AND OPERATED UNDER UNITED STATES CONGRESSIONAL AUOTRITY [ SEE; PUBIC LAW 94-579; ALSO ; CONGRESSIONAL MANDATE 9-1107.01 , RESPECTIVELY ], THUS, THIS AUTHORITY DEVELOPED THE TRANSIT AUTHORITY IT'S OWN TRANSIT AUTHORITY POLICE DEPARTMENT.

THE METROPOLITAN TRANSIT AUTHORITY POLICE DEPARTMENT HAS IT'S OWN AND EXPLICIT AUTJORITY TO REGULATE INVESTIGATE , DETERMINE , AND CHARGE ANY AND ALL CRIMINAL ACTIVITY AND BEHAVIORS ATTACHED TO ANY AND ALL BUS ZONES, BUSES , ETC. UNDER THE CONTROL AND DIRECTIONS OF THE METROPOLITAN TRANSIT AUTHORITY.

THE DISTRICT OF COLUMBIA POLICE DEPARTMENT , NOR THE PARKING ENFORCEMENT AGENCY , WERE GIVEN ANY AUTHORITY UNDER THIS CONGRESSIONAL MANDATE TO USURP THIS AUTHORITY, WITHOUT FIRSTLY, GIVEN PERMISSION FROM CONGRESS AND OR THE CONTROLLING TRANSIT AUTHORITY. MOREOVER, ONCE GIVEN SUCH PERMISSIONS TOISSUE AND OR INVESTIGATE , OR CITE ANY CRIMINAL BEHAVIORS OR CIVILIAN DISORDERS , THEY MUST BE ISSUED AN MEMORANDUM OF KNOWLEDGE, THAT IS TO HAVE SOME WITTEN NOTICE , MEMORANDUM AND OR EVIDENCE THAT APPROVALS HAS BEEN OFFICIALLY GRANTED TO EXECUTE SAME.

OFFICERS MUST ASSURE THE EXAMING OFFICIAL THATALL CERTAIN SAFE GAURDS ARE FULLY INVESTIGATED TO ASSURE PROOF OF ACTIVITY ASCERTAINED AND OR VIOLATED. PROVISIONS MUST BE ACCURATE IN CAMERA OPERATIONS, THAT RECENT CERTIFICATIONS OF CORRECTNESS AND OPERATION FUNCTIONINGS ARE RECENT AND AN IN PROPER WORKING CONDITIONS.

MEDICAL HANDICAPPED VISUALS ARE IMPORTANT TO RECOGNIZE THE VALIDITY OF HANDICAPPED DECALS , TAGS , AND OR PLACARDS. THESE VISUALS ARE SUBSTITUTES FOR THE VEHICLES UP RAISING HOODS, PLACING RAGS , FLAGS , OR OTHER SUCH SIGNALS TO INDICATE THAT SAID VEHICLE IS IN OPERATABLE AND CANNOT BE CITED FOR PARKING , ETC.. IF A VEHICLE DISPLAYS SUCH IT TELLS OTHERS THAT THIS VEHICLE I S UNDER THEPROTECRTION OF THE GOVERNMENT UNTIL FURTHER NOTICE AND CANNOT SUFFER INFRACTION. SUCH IS THE ISSUANCE AND VISUAL DISPLAYING OF ANY MEDICAL HANDICAPPED INSTRUMENT, IT PROTECTS THE IMMEDIATE VEHICLE FROM BEING CITED IN ANT CIRCUMSTANCE...JUST AS AN DISABLED VEHICLE, AN EMERGENCY VEHICLE SUCH AS THE POLICE, MEDICAL  AMBULANCE ,FIRE EMERGENCY VEHICLE,,, IF THEY DID NOT DISPLAY ANY NOTICEABLE IDENTYFIABLE SYNBLE TO IDENTIFY THAT VEHEHICLE AS SUCH, THEN IT TOO WOULD BE SUBJECT TO CITATIONAL VIOLATIONS.

OFFICERS SHOULD BE IMMEDIATELY TRAINED TO RECOGNIZE AND HONOR ANY AND ALL HANDICAPPED VISUALS, PROPERLY IDENTYFIABLE. BUS ZONES SHOULD NOT EXCEED THE 90 FOOT LENGTH LIMIT AS MNDATED BY CONGRESS TO THE METROPOLITAN TRANSIT AUTHORITY. HANDICAPPED VEHICLES MUST

BE RECOGNIZED WHERE EVER AND WHEN EVER. OFFICERS SHOLD INVESTIGATE WHEN AND IF PASSENGERS ARE BEING LEGALLY PICKED UP AND OR DISCHARGED FROM PASRKED VEHICLES. SPEED CAMERAS MUST BE RECENTLY CHECKED , AND VERYFIED OF ITS CORRECTIVE OPERATIONAL SERVICES. WHEN THESE PROTECTIONS, AS OTHERS , ARE NOTED AND OR CONTESTED , ISSUING OFFICERS SHOULD BE HELD LIABLE FOR SUCH ISSUANCES AND SUBJECT TO ACTIONS FROM A COURT OF LAW , SUIT IN EQUITY AND OR OTHER SUCH ACTIONS DEEMED APPROPRIATE BY A COURT OF LAW. OFFICERS SHOULD PRESENT PRIOR PROOFS THAT ISSUANCE OF CERTYFIED INVESTIGATIONS, CITATIONS, AND OR CRIMINAL ACTIVITY AND BEHAVIOR ARE IN PROPER PERMISSIONS.

THE HEREIN MENTIONED PLAINTIFF HAS PRESENTED , EMPHATICAL PROOF AND EVIDENCE OF THE ISSUES PRESENTED HEREIN AS BEING ASCERTED AGAINST HIM TO ASSURE GRANTING HIM THE IMMEDIATE RELIEF SOUGHT , AND PRAYED FOR HEREIN AND WELCOMES A HEARING BY THIS COURT , IT IS SO MOVED.

JAMES JOHNSON , PLAINTIFF

CONCLUSIONS.

WHEREAS , BECAUSE THIS PLAINTIFF HAS SHOWN MINIMAL REQUIREMENTS THAT THIS ACTION SHOULD PREVAIL , AND FURTHER, THE COURT HAS DETERMINED THAT CERTAIN FURTHER ACTIONS SHOULD BE CONSISTENT WITH THIS ACTION IN BEHALF OF THE PLAINTIFF, AND OTHERS , SHOULD SUCH BE THE CASE , THAT NOTICES SHALL BE ISSUED TO ANY AND ALL PARTIES IN WRITINGS , OF THIS COURT'S DECISIONS AND ORDER[S].

JAMES JOHNSON
2007 MARYLAND AVENUE , NE #102
WASHINGTON , D.C. 20002
PHONE NO. 202-779-8113

CC; ALL MENTIONED DEFENDANTS
file

/s/ _____
U.S. DISTRICT Judge.

jj/jfj

Certificate of Service.

I , James Johnson, do so Certify, under Penalty of law, That I have Mailed an certified copy of the instant Complaint, To ; Honorable Muriel Bowser, Mayor , District of Columbia, on this 03/01/2023, at The Executive Office of The Mayor, at 1350 Pennsylvania Avenue, N.W. Washington, D.C.

James Johnson, Plaintiff