# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES JOHNSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 1:23-cv-00558 (UNA) |
| | ) |
| DISTRICT OF COLUMBIA | ) |
| GOVERNMENT, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## ORDER

For the reasons stated in the accompanying memorandum opinion, it is

**ORDERED** that plaintiff's application for leave to proceed *in forma pauperis*, ECF No. 2, is **GRANTED**, plaintiff's motion for injunctive relief/declaratory judgment, ECF No. 3, is **DENIED**, and the complaint, ECF No. 1, and case are **DISMISSED** without prejudice.

This is a final appealable order. *See* Fed. R. App. P. 4(a).

Date: April 12, 2023

*Tanya S. Chutkan*
TANYA S. CHUTKAN
United States District Judge